IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN SOLES | : | Civil Action No. 4:14-CV-01791 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| ZARTMAN CONSTRUCTION, INC., ET AL., | : | |
| Defendants. | : | |

## ORDER
June 24, 2016

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT Defendant Zartman Construction, Inc.'s Motion for Summary Judgment (ECF No. 16) is DENIED.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge